IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON THOMAS, SR.,

        Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,

        Defendants.

CIVIL ACTION
NO. 15-3422

## ORDER

**AND NOW**, this 7th day of July 2016, upon consideration of the Complaint (Doc. No. 3), Defendants' Motion to Dismiss the Complaint (Doc. No. 22), Plaintiff's Response in Opposition (Doc. No. 23), and the arguments made at a hearing on the Motion on May 16, 2016 (Doc. No. 27), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion to Dismiss the Complaint (Doc. No. 22) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

        BY THE COURT:

        /s/ Joel H. Slomsky
        JOEL H. SLOMSKY, J.