IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILTON THOMAS, SR.,

    Plaintiff,

v.

CITY OF PHILADELPHIA et al.,

    Defendants.

CIVIL ACTION
NO. 15-3422

FILED
AUG 2 1 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 21st day of August 2017, upon consideration of the Order from the United States Court of Appeals for the Third Circuit (Doc. No. 34), Plaintiff's Complaint (Doc. No. 3), Defendants' Answer to the Complaint (Doc. No. 35), Plaintiff's Reply to the Answer (Doc. No. 38), Defendants' Motion for Judgment on the Pleadings (Doc. No. 39), statements made by the parties on the record at the hearings held on May 9, 2017 (Doc. Nos. 37, 41) and July 31, 2017 (Doc. Nos. 44, 49), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Judgment on the Pleadings (Doc. No. 39) is **DENIED**.

2. A sanction in the amount of $10,100 will be imposed on Defendants the City of Philadelphia and the School District of Philadelphia, and will be awarded to Plaintiff. Defendants are **ORDERED** to pay the sanction amount to Plaintiff on or before October 2, 2017.

3. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_/s/ Joel Slomsky_
JOEL H. SLOMSKY, J.